[No. 24393–4–I.   Division One.   August 5, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. LISA ANN WOSACHLO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89–8–01044–7, Jack A. Richey, J. Pro Tem., entered May 16, 1991. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Coleman and Agid, JJ.

[No. 25823–1–I.   Division One.   August 5, 1991.]

*In the Matter of the Marriage of* JAMES A. FRANCISCO, *Appellant, and* CAROL J. FRANCISCO, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 88–3–04565–1, Wendy Gelbart, J. Pro Tem., entered February 23, 1990. *Reversed* by unpublished opinion per Agid, J., concurred in by Coleman and Pekelis, JJ.

[No. 26161–4–I.   Division One.   August 5, 1991.]

STANLEY M. HORAN, *Respondent,* v. KING COUNTY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89–2–04322–4, Lloyd W. Bever, J., entered April 11, 1990. *Affirmed* by unpublished opinion per Agid, J., concurred in by Pekelis and Kennedy, JJ.